UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. GUENTHER, Individually and d/b/a/ J. DAVID'S CUSTOMER CLOTHIERS, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CROSSCHECK, INC., a California corporation; UNITED BANK CARD, INC., a New Jersey Corporation; and DOES 1 through 200, inclusive,<br><br>    Defendants. | CASE NO.: CV 09 1106 (WHA)<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

  Michael A. Saffer, an active member in good standing of the bar of New Jersey, whose business address and telephone number are: Mandelbaum, Salsburg, Gold, Lazris, Discenza & Steinberg, P.C., 155 Prospect Ave., West Orange, NJ 07052, (973) 736-4600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing UNITED BANK CARD, INC.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 3, 2009

IT IS SO ORDERED
Judge William Alsup

_____
William H. Alsup
United States District Judge

The amended application is hereby approved (Dkt. No. 21).

1

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE